IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GIC SERVICES, LLC, | * | CIVIL ACTION NO. 13-06781 |
| Plaintiff, | * | SECTION "C" |
| | * | JUDGE HELEN G. BERRIGAN |
| v. | * | |
| | * | MAG. NO. 2 |
| FREIGHTPLUS (USA), INC. | * | MAG. JUDGE J. WILKINSON |
| Defendant/Third Party Plaintiff. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Consent Motion to Continue the hearing on Industrial Maritime Carriers, LLC's ("IMC") Motion to Dismiss under FRCP 12(b)(6) [Doc. 48];

**IT IS HEREBY ORDERED** that IMC's Motion to Dismiss under FRCP 12(b)(6), currently set for hearing on January 29, 2014, be and the same is **HEREBY CONTINUED AND RESET** for hearing on February 12, 2014 at 9:30 a.m., subject to further order of this Court.

New Orleans, Louisiana, this 21st day of January, 2014.

_____
HON. HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

2184077-1