UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GIC SERVICES, LLC                                              CIVIL ACTION

VERSUS                                                         NUMBER: 13-6781

FREIGHTPLUS (USA) INC.                                         SECTION: "C" 2

**J U D G M E N T**

In accordance with the Court's Opinion filed on July 29, 2015, record document number 186,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff GIC Services, LLC and against defendant Freightplus (USA) Inc. in the amount of $1,860,985.00 plus prejudgment interest in the amount of $93,049.25.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of third-party plaintiff Freightplus (USA) Inc. and against third-party defendant Industrial Maritime Carriers, LLC in the amount of $586,210.28, as well as 30% of the attorneys' fees spent in defending against GIC's claims.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of third-party plaintiff Industrial Maritime Carriers, LLC and against third-party defendant Freightplus (USA) Inc. in the amount of $70,309.12 plus prejudgment interest in the amount of $3,515.46.

New Orleans, Louisiana, this 31st day of July 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE